IN RE RESIGNATION OF GALAN.

[Cite as In re Resignation of Galan (1987), 34 Ohio St. 3d 601.]

(D.R. No. 87-7—Decided December 2, 1987.)

The resignation of Gregory J. Galan as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

DAYTON BAR ASSOCIATION v. RION.

[Cite as Dayton Bar Assn. v. Rion (1987), 34 Ohio St. 3d 601.]

(D.D. No. 86-19—Decided December 9, 1987.)

ON APPLICATION FOR REINSTATEMENT.

The application for reinstatement to the practice of law is granted. James P. Rion is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1986], 27 Ohio St. 3d 40, 27 OBR 454, 500 N.E. 2d 1374.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

STARK COUNTY BAR ASSOCIATION v. ROSS.

[Cite as Stark Cty. Bar Assn. v. Ross (1987), 34 Ohio St. 3d 601.]

(D.D. No. 87-9—Decided December 16, 1987.)

ON CERTIFIED REPORT by the Board of Commissioners on Grievances and Discipline of the Bar.

William J. Ross is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.